

August 31, 2022

Roger C. Riddick, Esq.
McAngus Goudelock and Courie
1020 Highland Colony Parkway, Suite 706
Ridgeland, MS 39157
*Sent by Mail and Email*

**Re:**  **Harry Ramsey v. Earnest P. Breaux Electrical, LLC**
         **Warren County Cause No.: 22,0079-CI**

Dear Roger:

    My client and I discussed this and he claims damages in excess of $75,000.00. Thank you for your time and attention to this.

Sincerely,

Michael R. Brown

MRB/jj



TELEPHONE (601) 948-5330  FACSIMILE (601) 948-5415  EMAIL MBROWN@MIKELAWMS.COM
WWW.MIKEBROWNLAWOFFICE.COM